IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE #13,<br><br>　　Plaintiff,<br><br>vs.<br><br>WILLIAM B. LEE, *et al.*,<br><br>　　Defendants. | Case No. 3:22-cv-00831<br><br>Judge Campbell<br><br>Magistrate Judge Frensley |

**PLAINTIFF'S MOTION TO EXTEND STAY OF PROCEEDINGS**

Plaintiff moves the Court to extend the stay of these proceedings pending a ruling by Judge Trauger on the scope of modified injunctive relief in *Does #1–8 v. Lee*, Case No. 3:21-cv-590 ("*Does #1–8*"). In support of this motion, Plaintiff relies on his supporting memorandum and the entire record in this case and states:

　　1.　Plaintiff sued for injunctive relief prohibiting Defendants from enforcing the Tennessee Sexual Offender and Violent Sexual Offender Registration, Verification, and Tracking Act of 2004, Tenn. Code Ann. §§ 40-39-201–40-39-218 (the "Act") in violation of the Ex Post Facto Clause.

　　2.　Defendants withdrew their opposition to Plaintiff's motion for a preliminary injunction on April 4, 2023, Doc. 25, and this Court granted a preliminary injunction on May 11, 2023, Doc. 29.

　　3.　On May 11, 2023, this Court granted the parties' joint motion for an administrative stay pending the Sixth Circuit's decision on Defendants' appeal in *Does #1–8 v. Lee*. Doc. 30.

　　4.　The Sixth Circuit issued its decision in *Does #1–8* on May 15, 2024, *see Does #1–8 v. Lee*, 102 F.4th 330 (6th Cir. 2024), and on August 28, 2024, Judge Trauger entered an order in

*Does #1–8* explaining how the Court would implement that decision, *see* Case No. 3:21-cv-590, Doc. 151.

5. Consistent with the Sixth Circuit's decision in *Does #1–8*, Judge Trauger is analyzing each provision of the Act to determine which provisions are unconstitutionally punitive and the extent to which Director Rausch, through his record-keeping powers under the Act, enforces those provisions. *See* Case No. 3:21-cv-590, Doc. 151 at PageID #2835–2837. Judge Trauger has also ordered Director Rausch to "file declarations and/or evidence" showing how he will "ensure that law enforcement or other officials who access the plaintiffs' registrations …will be placed on notice regarding which restrictions can and cannot be enforced against the plaintiffs." *Id.* at PageID #2837.

6. Extending the stay of this case pending Judge Trauger's decision on the scope of modified injunctive relief in *Does #1–8* will promote judicial economy by giving this Court the benefit of having Judge Trauger's findings regarding Director Rausch and her provision-by-provision analysis before this Court makes its own independent determination.

For these reasons, Plaintiff requests the Court to extend the stay of these proceedings pending a ruling by Judge Trauger on the scope of modified injunctive relief in *Does #1–8* and to grant any other necessary or proper relief.

Dated: September 20, 2024.

Respectfully submitted:

/s/ W. Justin Adams
Edward M. Yarbrough (TN BPR # 004097)
Jonathan P. Farmer (TN BPR # 020749)
W. Justin Adams (TN BPR # 022433)
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219
Telephone: 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
wjadams@spencerfane.com

Plaintiff's Counsel

## CERTIFICATE OF SERVICE

I certify that on September 20, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by email:

Elizabeth Evan, Esq.
David Wickenheiser, Esq.
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Liz.Evan@ag.tn.gov
David.Wickenheiser@ag.tn.gov

Counsel for Defendants

/s/W. Justin Adams
W. Justin Adams